**Order entered May 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01365-CV

**UNITED MEDICAL SUPPLY COMPANY, INC., Appellant**

**V.**

**ANSELL HEALTHCARE PRODUCTS, INC., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-02-0433-C**

## ORDER

Before the Court is appellant's May 3, 2013 unopposed second motion for extension of time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed on or before May 13, 2013.

/s/    ELIZABETH LANG-MIERS
        JUSTICE